UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTONIEA DENISE DRAKE,  )  )  Plaintiff,  )  )  VS.  )  )  CAROLYN W. COLVIN, Acting  )  Commissioner of Social Security,  )  )  Defendant.  ) | CIVIL ACTION NO.  3:15-CV-2597-G (BK) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case.  No objections were filed.  The district court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 28, 2016.

_____
**A. JOE FISH**
**Senior United States District Judge**